Certificate Number: 00134-ILN-CC-026706188



00134-ILN-CC-026706188

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>December 22, 2015</u>, at <u>11:03</u> o'clock <u>AM CST</u>, <u>Angelica Calcagno</u> received from <u>Cricket Debt Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by telephone</u>.

Date:   <u>December 22, 2015</u>          By:    <u>/s/Cindy Herrin</u>

                                        Name:  <u>Cindy Herrin</u>

                                        Title: <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).



**Analysis of Current Financial Condition: Angelica Calcagno**
12/22/2015 11:05 am

We would like to thank you for choosing Cricket Debt Counseling as your credit counseling provider. Below is a summary of the information you covered with your counselor.

It's important to understand what factors led you to be in the financial position that you're in now. You've told us that Job Loss, and Underemployment or Business Loss contributed to your current financial situation. We definitely understand that some circumstances are out of your control while others are in your control. It's important to remember to make deliberate choices for those things you can control. Even during the toughest times staying in control of your spending and saving can help you regain control of your financial health. Understanding how to create a budget, sticking to it and adjusting when needed are the building blocks for a strong and healthy financial future.

Based on the numbers you provided, your current monthly income is $1,800, your total living expenses are $1,379, and your current debt payments are $0. That means you currently have $421 left over each month.

With that it mind, our recommended plan of action is bankruptcy because you do not have the means to pay off a significant amount of your debt in a reasonable time frame.

Controlling your costs and having a sustainable budget is important for your financial health and to prevent you from getting into a situation like this again. The table below lists the government's recommended spending guidelines along with what you are actually spending. Items in red mean that you are spending more than the recommended amount, and those will need to be reduced.

| Expense | Recommended % | Recommended Amount | Actual Spending % | Actual Spending Amount |
|---|---|---|---|---|
| Housing | 25% | $450 | 39% | $700 |
| Transportation | 15% | $270 | 12% | $220 |
| Utilities | 10% | $180 | 11% | $199 |
| Food | 10% | $180 | 14% | $260 |
| Clothing | 5% | $90 | 0% | $0 |
| Medical | 10% | $180 | 0% | $0 |
| Personal | 5% | $90 | 0% | $0 |
| Entertainment | 5% | $90 | 0% | $0 |
| Other | 5% | $90 | 0% | $0 |
| Savings | 10% | $180 | 0% | $0 |
| **Total** | **100%** | **$1,800** | **76%** | **$1,379** |

**Cricket** debt counseling

**Analysis of Current Financial Condition: Angelica Calcagno**
12/22/2015 11:05 am

As a reminder, some of the money saving ideas we presented include:

### Housing
- Even though it's not an option for everyone, getting a roommate can help offset some expenses.
- Sometimes it's better in the long run to find a place with lower rent, even though you may have some upfront costs. As long as you plan on staying for awhile, you could end up saving money over time.

### Food
- If you eat most of your meals in restaurants, you can save a lot of money by eating at home or making your own food and taking it with you.
- Using cash when you go grocery shopping can help you stick to your budget - consider a quick stop at the ATM before you go to the grocery store.

### Savings
- Pay yourself first - don't forget to set aside some money each month for savings. Even if it's just a small amount you'll end up saving money and building good habits.
- Think about saving money each day - skip the expensive coffee drink and put the money you saved in a savings account. Look for other items you can cut out and put that money into your savings account also.

### Budgeting
- Share accountability with friends and relatives, let them know that you're on a budget and that you need their help sticking to it.
- Remember the most basic principle: Don't spend more than you have.

### Other
- Never give up. Whenever the struggle against debt feels like it's too much, read a personal finance blog, money saving advice websites and tips and tricks for saving money. Remember that there are a lot of people out there fighting the same fight.

Please don't forget that you have 180 days from the day your certificate was issued to go back into your account and update your financial information or try out different scenarios. We strongly encourage you to take advantage of the opportunity.

On behalf of everyone at Cricket Debt Counseling, thank you for the opportunity to be of service, and we wish you a happy and healthy financial future!